UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL J. KNEITEL,

                    Plaintiff,

-against-

RAMON MARIN, PAROLE OFFICER;
ROBERT DENNISON, CHAIRPERSON,
NEW YORK STATE DIVISION OF PAROLE,

                    Defendants.
------------------------------------------------------------------X

JUDGMENT
05-CV-1637 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 19 2005 ★
BROOKLYN OFFICE

      An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on October 14, 2005, dismissing plaintiff's complaint in its entirety pursuant to to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's complaint is dismissed in its entirety for failure to state a claim upon which relief may be granted; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       October 18, 2005

/signed/
_____
ROBERT C. HEINEMANN
Clerk of Court